UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Anthony V. Vaccaro § Case No. 14-06845
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joji Takada, Chapter 7 Trustee  , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 136,977.50 *(Without deducting any secured claims)* | Assets Exempt: 22,200.00 |
| Total Distributions to Claimants: 1,363.21 | Claims Discharged Without Payment: 197,205.56 |
| Total Expenses of Administration: 8,810.76 | |

  3) Total gross receipts of $ 17,147.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,973.63 (see **Exhibit 2**), yielded net receipts of $ 10,173.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 160,903.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,810.76 | 8,810.76 | 8,810.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,315.66 | 6,662.75 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,986.90 | 1,358.94 | 1,358.94 | 1,363.21 |
| **TOTAL DISBURSEMENTS** | $ 197,205.56 | $ 16,832.45 | $ 10,169.70 | $ 10,173.97 |

    4) This case was originally filed under chapter 7 on 02/28/2014 . The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017        By:/s/Joji Takada, Chapter 7 Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case - Attorney - Kevin W. O'connor Phone Nu | 1142-000 | 17,147.60 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,147.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anthony V. Vaccaro | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,973.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,973.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 |  | 33,998.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll 350 Highland Dr Lewisville, TX 75067 | | 126,905.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 160,903.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,767.40 | 1,767.40 | 1,767.40 |
| Associated Bank | 2600-000 | NA | 218.26 | 218.26 | 218.26 |
| O'Connor Law Firm, Ltd. | 3220-000 | NA | 6,825.10 | 6,825.10 | 6,825.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,810.76** | **$ 8,810.76** | **$ 8,810.76** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR PO Box 19035 Springfield, IL 62794-9035 | | 3,499.00 | NA | NA | 0.00 |
| | IRS PO Box 7317 Philadelphia, PA 19101-7317 | | 1,816.66 | NA | NA | 0.00 |
| 1 | Irs | 5800-000 | NA | 6,662.75 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,315.66 | $ 6,662.75 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACI 2420 Sweet Home Rd. Suite 150 Amherst, NY 14228 | | 0.00 | NA | NA | 0.00 |
| | Alliance One PO Box 3111 Southeastern, PA 19398 | | 579.18 | NA | NA | 0.00 |
| | Allied Interstate 7525 W Campus Rd. New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Ams Ties Po Box 1191 Jackson, NJ 08527 | | 378.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anes Cons Morris, LLC PO Box 88271 Dept A Chicago, IL 60680 | | 393.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 1007 Orange St Wilmington, DE 19801 | | 658.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 569.00 | NA | NA | 0.00 |
| | Capital Managment Services 698 1/2 S. Ogden St Buffalo, NY 14206-2317 | | 0.00 | NA | NA | 0.00 |
| | Capital One PO Box 85520 Richmond, VA 23285 | | 1,362.00 | NA | NA | 0.00 |
| | Carmax Auto Finance 2040 Thalbro St Richmond, VA 23230 | | 9,793.00 | NA | NA | 0.00 |
| | Cci P O Box 212609 Suite 110 Augusta, GA 30917 | | 443.00 | NA | NA | 0.00 |
| | Central IL Radiologists Assoc PO Box 371863 Pittsburgh, PA 15250 | | 478.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,966.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Contract Callers Inc 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 295.00 | NA | NA | 0.00 |
| | Convergent Outsourcing, Inc PO Box 9004 Renton, WA 98057 | | 62.01 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 79.00 | NA | NA | 0.00 |
| | Creditors Discount & A 415 E Main St Streator, IL 61364 | | 311.00 | NA | NA | 0.00 |
| | Creditors Discount & A 415 E Main St Streator, IL 61364 | | 467.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit 415 E Main St PO box 213 Streator, IL 61364-0213 | | 0.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit 415 E Main St PO box 213 Streator, IL 61364-0213 | | 1,114.00 | NA | NA | 0.00 |
| | Direct TV PO Box 78626 Phoenix, AZ 85062 | | 779.78 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elite Rehab Institute Braidwood 180 E Main St Braidwood, IL 60408 | | 890.00 | NA | NA | 0.00 |
| | Elite Rehab Institute Braidwood 180 E Main St Braidwood, IL 60408 | | 240.00 | NA | NA | 0.00 |
| | Epic Group SC PO Box 88087 Chicago, IL 60680 | | 728.00 | NA | NA | 0.00 |
| | Epic Group SC PO Box 88087 Chicago, IL 60680 | | 810.00 | NA | NA | 0.00 |
| | First National Collect 610 Waltham Way Mccarran, NV 89434 | | 779.00 | NA | NA | 0.00 |
| | Grundy Radiologist Inc. 39798 Treasury Center Chicago, IL 60694 | | 125.00 | NA | NA | 0.00 |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | 163.00 | NA | NA | 0.00 |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | 1,114.00 | NA | NA | 0.00 |
| | Newsome Physical Therapy 920 Essington Rd Joliet, IL 60435 | | 15.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ni-Cor PO Box 5407 Carol Stream, IL 60197 | | 224.43 | NA | NA | 0.00 |
| | Pioneer Credit Recovery PO Box 3116 Lake City, FL 32056 | | 71.50 | NA | NA | 0.00 |
| | Tek-Collect Inc 871 Park St Columbus, OH 43215 | | 100.00 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | NA | 779.76 | 779.76 | 779.76 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 579.18 | 579.18 | 579.18 |
| | American Infosource Lp As Agent For | 7990-000 | NA | NA | NA | 2.45 |
| | N. A. Capital One Bank (Usa) | 7990-000 | NA | NA | NA | 1.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,986.90 | $ 1,358.94 | $ 1,358.94 | $ 1,363.21 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-06845 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Anthony V. Vaccaro | | | | Date Filed (f) or Converted (c): | 02/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/31/2014 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 11/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located 32031 S. Route 53 Wilmington, Il 60481 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Harris Bank | 30.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit With Landlord $1900.00 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Used Household Goods And Furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, And Cd's | 75.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Costume Jewelry | 110.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy Through Employer - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 9. Pension Plan Through Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2013 Tax Refund Of $3,000.00 Was Received Prior To Filing (0 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11. Personal Injury Case - Attorney - Kevin W. O'connor Phone Nu | 20,000.00 | 5,000.00 | | 17,147.60 | FA |
| 12. Potential Workers Compensaiton Case - No Attorney Hired | 0.00 | 0.00 | | 0.00 | FA |
| 13. Automobile - 2012 Dodge Ram 3500 Laramie Crew Cab - 28,000 M | 18,812.50 | 0.00 | | 0.00 | FA |
| 14. Debtor Has A Titled Motorcycle Frame - (1994 Wildcat Motorcy | 500.00 | 0.00 | | 0.00 | FA |
| 15. 1 Dog And 3 Hermit Crabs | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $164,177.50 | $8,000.00 | | $17,147.60 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hiring PI attorney O'Connor in case. - Joji Takada 8/20/2014

Following up with PI counsel re: status of case. - Joji Takada 12/30/2014

Following up with PI counsel re: status of case; Depositions of defendant to be scheduled in next few months.  - Joji Takada 4/8/2015

Litigation abandoned in exchange for payment to pay all claims and estate expenses; Trustee counsel's expenses paid; Consulting  with accountant re: tax returns. - Joji Takada 12/22/2015

TFR filed and approved; Distribution checks cut.  - Joji Takada 12/30/2016


Initial Projected Date of Final Report (TFR): 02/28/2016          Current Projected Date of Final Report (TFR): 02/28/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-06845 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Anthony V. Vaccaro | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX0122 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5234 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/07/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/15 | 11 | David Lloyd | Settlement payment re abandonment of personal injury litigation | 1142-000 | $10,675.00 | | $10,675.00 |
| 09/30/15 | 11 | O'Connor & Nakos | Settlement payment re: abandonment of personal injury litigation | 1142-000 | $6,472.60 | | $17,147.60 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $17,137.60 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.47 | $17,112.13 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.62 | $17,087.51 |
| 12/22/15 | 1001 | O'Connor Law Firm, Ltd. 19 S. LaSalle Street, Suite 1400 Chicago, IL 60603 Attn: Kevin O'Connor | Payment to trustee professional  Payment of expenses | 3220-000 | | $6,825.10 | $10,262.41 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.42 | $10,237.99 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.22 | $10,222.77 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.22 | $10,208.55 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.18 | $10,193.37 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.67 | $10,178.70 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.13 | $10,163.57 |

Page Subtotals: $17,147.60   $6,984.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-06845 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Anthony V. Vaccaro | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0122 |
| | Checking |
| Taxpayer ID No: XX-XXX5234 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.62 | $10,148.95 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.09 | $10,133.86 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.06 | $10,118.80 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.56 | $10,104.24 |
| 12/05/16 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,767.40 | $8,336.84 |
| 12/05/16 | 1003 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | | | $581.00 | $7,755.84 |
| | | | ($1.82) | 7990-000 | | | |
| | | N. A. Capital One Bank (Usa) | Final distribution per court order. ($579.18) | 7100-000 | | | |
| 12/05/16 | 1004 | American Infosource Lp As Agent For Directv, Llc<br>Po Box 51178<br>Los Angeles, Ca 90051-5478 | Final distribution per court order. | | | $782.21 | $6,973.63 |
| | | | ($2.45) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution per court order. ($779.76) | 7100-000 | | | |
| 12/05/16 | 1005 | Anthony V. Vaccaro<br>2880 N. LINCOLN LAKE DRIVE<br>COAL CITY, IL  60416 | Distribution of surplus funds to debtor. | 8200-002 | | $6,973.63 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,147.60 | $17,147.60 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $10,163.57 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

|  | | |
|---|---|---|
| Subtotal | $17,147.60 | $17,147.60 |
| Less: Payments to Debtors | $0.00 | $6,973.63 |
| Net | $17,147.60 | $10,173.97 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0122 - Checking | $17,147.60 | $10,173.97 | $0.00 |
| | $17,147.60 | $10,173.97 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,147.60 |
| Total Gross Receipts: | $17,147.60 |

Page Subtotals:  $0.00   $0.00